IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-38177-H5-7 |
| | § | CHAPTER 7 |
| PAUL N. MOODY, | § | |
| | § | ADVERSARY NO. 04-3578 |
| Debtor | § | |
| | § | |
| W. STEVE SMITH, TRUSTEE, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-05-2684 |
| | § | |
| PAUL N. MOODY, | § | |
| | § | |
| Appellee. | § | |

## FINAL JUDGMENT

For the reasons stated in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that the June 8, 2005, Memorandum Opinion and Final Judgment of the United States Bankruptcy Court for the Southern District of Texas in Adversary No. 04-3578 is AFFIRMED.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Judgment.

SIGNED at Houston, Texas, on this 7th day of June, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE